UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOGMEIN, INC, ROBERT M. CALDERONI, SARA C. ANDREWS, STEVEN J. BENSON, ITA BRENNAN, MICHAEL J. CHRISTENSON, EDWIN J. GILLIS, DAVID J. HENSHALL, PETER J. SACRIPANTI, and WILLIAM R. WAGNER,<br><br>　　　　Defendants. | Case No.: 20-cv-582 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 22, 2020

　　　　　　　　　　　　　　　　　　　　**MOORE KUEHN, PLLC**

　　　　　　　　　　　　　　　　　　　　*/s/Justin Kuehn*
　　　　　　　　　　　　　　　　　　　　Justin A. Kuehn
　　　　　　　　　　　　　　　　　　　　Fletcher W. Moore
　　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　Tel: (212) 709-8245
　　　　　　　　　　　　　　　　　　　　jkuehn@moorekuehn.com
　　　　　　　　　　　　　　　　　　　　fmoore@moorekuehn.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*